THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARCY G. CLARK,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>            Defendant. | CASE NO. C13-0747-JCC<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after consideration of Plaintiff's complaint (Dkt. No. 3), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 21), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings before a new Administrative Law Judge consistent with the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

//

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 1

1    DATED this 20th day of November 2013.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 2